**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6720

TRAVIS L. WATSON,

Plaintiff - Appellant,

v.

JOSHUA H. STEIN; ERIK A. HOOKS; KENNETH LASSITER; CLARENCE JOE DELFORGE, III,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:22-cv-00289-LCB-LPA)

Submitted:  November 17, 2022                    Decided:  November 23, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis L. Watson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis L. Watson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 complaint and denying leave to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Watson v. Stein*, No. 1:22-cv-00289-LCB-LPA (M.D.N.C. June 10, 2022). We deny Watson's motion to consolidate this appeal with two of his other appeals in this court—Nos. 22-6720, 22-6691. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*